# AMENDED COMPLAINT
### (for filers who are prisoners without lawyers)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

CLERK USDC EDWI
2024 MAY 10 P 12:11

(Full name of plaintiff(s))

Jonathon Mark

v.

(Full name of defendant(s))

Officer Joseph Belisle

Case Number:

22-cv-262-pp

(to be supplied by Clerk of Court)

A. PARTIES

1. Plaintiff is a citizen of _____Wisconsin_____, and is located at
   (State)

   63 Western Ave., Fond du Lac, WI 54935
   (Address of prison or jail)

   (If more than one plaintiff is filing, use another piece of paper.)

2. Defendant _____Officer Joseph Belisle_____
   (Name)
   is (if a person or private corporation) a citizen of _____Wisconsin_____

Complaint – 1

Case 2:22-cv-00262-PP   Filed 06/12/24   Page 1 of 5   Document 32

and (if a person) resides at  an unknown location

(State, if known)

(Address, if known)

and (if the defendant harmed you while doing the defendant's job)
worked for  Fond du Lac City Police Department
126 N. Main St., Fond du Lac, WI 54935

(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

Officer Joseph Belisle, on February 23, 2019, in the city of Fond du Lac, Wisconsin, seized the plaintiff by the arm as he was walking past him, not knowing who the plaintiff was; and did not have specific and articulable facts to seize the plaintiff, detain him and question him, as his hood was up, had glasses on, it was dark and raining out, and his size was the only factor, and officer Belisle refused to let go of plaintiff; and officer Belisle did these things in bad faith, illegally, unconstitutionally and unreasonably.

Furthermore, officer Belisle even though he grabbed plaintiff and was looking right at him, from two feet away, still did not recognize plaintiff; and went so far as to fabricate that he knew who plaintiff was, and perjured himself in court about being able to identify plaintiff; and officer Belisle knew this to be false and was a reckless disregard for the truth and plaintiff's Fourth Amendment right, made in bad faith and was done egregiously in court.



Complaint – 3

C. JURISDICTION

☑ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is
$_____.

D. RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

Plaintiff is requesting $1.00 in nominal damages; unknown compensatory damages; $250,000 in punitive damages; attorney's fees; costs of litigation and any other relief this court deems is appropriate.

E.  **JURY DEMAND**

   I want a jury to hear my case.

   ☑ – YES          ☐ – NO


I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this ___23rd___ day of ___May___ 20_24_.

Respectfully Submitted,

_____
Signature of Plaintiff

___47___
Plaintiff's Prisoner ID Number

63 Western Ave.

Fond du Lac, WI 54935
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FULL FILING FEE**

☑  I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Full Filing Fee form and have attached it to the complaint.

☐  I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.